Mass. (Benjamin Thompson, of Portland, Me., on the brief), for J. S. Winslow & Co.; claimants of the Baker Palmer, appellee and appellant.

PER CURIAM. Our study of the record in this case impels us to the conclusion that the court below entered a decree fully justified by the evidence and the law applicable thereto. Being in full accord with the opinion he filed, we deem it unnecessary to refer to and discuss the facts he has so fully considered therein. 182 Fed. 890. The decree appealed from is without error. Affirmed.

———

GUARANTY TRUST CO. et al. v. CHICAGO RYS. CO. et al. (Circuit Court of Appeals, Seventh Circuit. January 8, 1913.) No. 1,508. Appeal from the Circuit Court of the United States for the Eastern Division of the Northern District of Illinois. Julien T. Davies, of New York City, Gilbert E. Porter, of Chicago, Ill., and Brainard Tolles, of New York City, for appellants. William W. Gurley and Arthur Dyrenforth, both of Chicago, Ill., for appellees.

PER CURIAM. Appeal dismissed pursuant to stipulation of counsel. See, also, 185 Fed. 411.

———

JEFFERSON COUNTY SAVINGS BANK v. COWAN. (Circuit Court of Appeals, Fifth Circuit. March 4, 1913.) No. 2,451. Petition to Superintend and Revise in the District Court of the United States for the Northern District of Alabama; Wm. I. Grubb, Judge. George Huddleston, of Birmingham, Ala., for petitioner. R. Du Pont Thompson, John London, and Henry Fitts, all of Birmingham, Ala., for respondent. Before PARDEE and SHELBY, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. On the facts appearing in the record, commissions were properly allowed the trustee on the agreed value of the property turned over to the mortgage creditor. For the payment of costs, and notwithstanding the agreement between the trustee and the mortgage creditor, the rent collected for the use of the mortgaged property prior to surrender of the same constituted a part of the general estate of the bankrupt. Petition denied.

———

PHŒNIX KNITTING WORKS et al. v. RICH et al. (Circuit Court of Appeals, Sixth Circuit. March 8, 1913.) No. 2,327. Appeal in Equity from the Circuit Court of the United States for the Northern District of Ohio; John M. Killits, Judge. Flanders, Bottum, Fawsett & Bottum and Erwin & Wheeler, all of Milwaukee, Wis., and Hoyt, Dustin, Kelley, McKeehan & Andrews, of Cleveland, Ohio, for appellants. J. H. Sampliner and Albert Lynn Lawrence, both of Cleveland, Ohio, for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel. For opinion of Circuit Court, see 194 Fed. 721. See, also, 202 Fed. 1022.

———

PHŒNIX KNITTING WORKS v. RICH et al. (Circuit Court of Appeals, Sixth Circuit. March 8, 1913.) No. 2,397. Appeal in Equity from the Circuit Court of the United States for the Northern District of Ohio; John M. Killits, Judge. Flanders, Bottum, Fawsett & Bottum, of Milwaukee, Wis., and Hoyt, Dustin, Kelley, McKeehan & Andrews, of Cleveland, Ohio, for appellant. J. H. Sampliner and Albert Lynn Lawrence, both of Cleveland, Ohio, for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel. For opinion of Circuit Court, see 194 Fed. 708. See, also, 202 Fed. 1022.